# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**BRENT A. DREWRY**                                                      **PLAINTIFF**

**VS.**                                  **CASE NO. 4:18CV00835 PSH**

**NANCY A. BERRYHILL, Acting Commissioner,**
      **Social Security Administration**                              **DEFENDANT**

## JUDGMENT

  Pursuant to the Order filed in this matter this date, this case is dismissed with prejudice.

  IT IS SO ORDERED this 31st day of July, 2019.

_____
      UNITED STATES MAGISTRATE JUDGE